IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Larry Hagan, Individually and as Father and Next Friend of Minor L.C.H. and L.C.H., Minor by and through his Father and Next Friend, Larry Hagan, | ) ) ) ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | No. 13-5048 |
| UNITED STATES OF AMERICA | ) ) ) | |
| Appellee. | ) ) | |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rules 15(c)(3) and 28(a)(1), Petitioners certify as follows:

A. **Parties.**

The Petitioners are L.C.H., an Infant, by and through his Father and Next Friend, LARRY HAGAN and LARRY HAGAN, individually. The Respondent is the United States of America.

B. **Rulings Under Review.**

The ruling under review is the December 14, 2012 order of the District Court for the District of Columbia (J. Wilkins) in Civil Action No. 12-cv-916 (RLW), granting Defendant's Motion to Dismiss with prejudice.

C. **Related Cases.**

Undersigned counsel is not aware of any related cases pending in this Court or any other Court.

DATED: March 12, 2013

                                                   /s/
                         David J. Fudala, Esq.
                         D.C. Court of Appeals Bar No. 30995
                         Surovell Isaacs Petersen and Levy P.L.C.
                         4010 University Dr.
                         Second Floor
                         Fairfax, VA 22030
                         (703) 251-5400 (telephone)
                         (703) 591-2149 (facsimile)
                         dfudala@siplfirm.com
                         Counsel for Appellants


## CERTIFICATE OF SERVICE

On the 12th day of March, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

John J. Gowel, Esquire
United States Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, NW
Washington, DC 20530
john.gowel@usdoj.gov

                                 /s/
                    David J. Fudala, Esquire