# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 13-5048** | **September Term, 2013** |
| | 1:12-cv-00916-RLW |
| | Filed On: October 31, 2013 [1463912] |

Larry Hagan, Individually and as Father and Next Friend of Minor L.C.H. and L. C. H., Minor by and through his Father and Next Friend, Larry Hagan,

    Appellants

    v.

United States of America,

    Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the remainder of the briefing schedule in this case be suspended pending further order of the court

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    /s/
    Laura M. Chipley
    Deputy Clerk